# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TARA MORSER,

    Plaintiff,

v.          CASE NO: 2:15-cv-118-FtM-38CM

BLUESTEM BRANDS, INC. d/b/a FINGERHUT,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFF TARA MORSER ("Morser") and DEFENDANT BLUESTEM BRANDS, INC. d/b/a FINGERHUT ("Bluestem"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiff's claims, with prejudice, against Defendant, with each party to bear its own fees and costs.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **WIAND GUERRA KING P.A.** |
|---|---|
| *s/Todd M. Davis* | *s/Kimberly A. Koves* |
| **TODD M. DAVIS, ESQ.** | Kimberly A. Koves |
| FL BAR NO. 58470 | FL Bar No. 100282 |
| TD@DavisPLLC.com | WIAND GUERRA KING P.A. |
| 50 N. Laura Street | 5505 W. Gray Street |
| Suite 2500 | Tampa, FL 33609 |
| Jacksonville, Florida 32202 | Phone: (813) 347-5100 |
| 904-400-1429 (T) | Fax: (813) 347-5198 |
| 904-638-8800 (F) | *Attorneys for Defendant Bluestem Brands, Inc.* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2016, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

*/s/TODD M. DAVIS*
Todd M. Davis